## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) **Case No:** |
| | ) |
| | ) **Judge:** |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) |
| **KEISHA D. SWEENEY** | ) |
| **3000 OVERLOOK RD.** | ) |
| **CLEVELAND HEIGHTS, OH 44118** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

## COMPLAINT

NOW COMES Plaintiff, the United States of America, by and through undersigned counsel, hereby sets forth its Complaint against the Defendant and states as follows:

### I.   JURISDICTION AND VENUE

1.   This court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. § 1345.

2.   Defendant Keisha D. Sweeney (hereinafter 'Ms. Sweeney') is an individual who upon information and belief maintains a primary residence in Cuyahoga County, Ohio within the territorial jurisdiction of this Court, and may be served process at what is believed to be her primary residence, 3000 Overlook Rd. Cleveland Heights, OH 44118.

1

## II.    COUNT ONE-ACTION FOR BREACH OF NURSE CORPS LOAN REPAYMENT PROGRAM CONTRACT

3.  Paragraphs 1 and 2 of the Complaint are hereby realleged as if fully rewritten herein.

4.  Ms. Sweeney submitted an application to participate in the NURSE Corps Loan Repayment Program. Her application was approved, and on August 30, 2017, an authorized designee of the Department of Health and Human Services (hereinafter 'HHS') entered into a contract with her. A true and accurate copy of the NURSE Corps Scholarship Program Contract (hereinafter 'Contract') is attached as **Exhibit A.**

5.  In accordance with the terms of the Contract, a total of $33,819.19 was paid to Ms. Sweeney representing tuition, fees, monthly stipends, and other reasonable educational costs. A true and accurate copy of the Contract Disbursement Detail is attached as **Exhibit B.**

6.  Pursuant to the terms of the Contract, as a condition of the scholarship awards, Ms. Sweeney was to serve as a registered nurse for a period of not less than two (2) years at a health care facility with a critical shortage of nurses as determined by the HHS.

7.  In the event Ms. Sweeney failed to provide two (2) years of service at an approved health care facility with a critical shortage of nurses, under the terms of the Contract she would be responsible for all payments made on her behalf plus statutory interest at the maximum legal prevailing rate from the date of breach pursuant to 42 USC 297n(g).

2

9. Upon her graduation from Cleveland State University, Ms. Sweeney commenced her service obligation on September 9, 2019 with the Circle Health Services Center in Cleveland, Ohio.

10. Ms. Sweeney ceased working at the Circle Health Services Center in November 2019. She completed sixty-one (61) days of her service obligation under the Contract.

11. On or around May 21, 2020, Ms. Sweeney was advised by an HHS NURSE Corps Program analyst that she had not complied with her service obligations. She was provided ninety (90) days to obtain an employment offer and accept a position with a health care facility with a critical shortage of nurses, so to avoid a default of her service obligations under the Contract. Ms. Sweeney did not comply.

12. Following the expiration of two (2) suspension periods that were in place during the COVID pandemic from October 5, 2020 through February 17, 2021 where HHS did not enforce the terms of the Contract regarding employment at a health care facility with a critical shortage of nurses, on or around May 20, 2020, Ms. Sweeney was advised that her account was placed in a default status effective February 18, 2021. A demand for repayment of the principal disbursements under the Contract plus interest was made. Ms. Sweeney neglected and failed to pay the same in full. Ms. Sweeney also failed to respond to additional correspondence sent from the HHS regarding the default.

13. The debt owed to the United States of America is as follows:

    A.  Current Principal                  $  33,819.19

3

| B.   Current Statutory Interest | $15,312.35 |
| **Total Owed** | **$49,131.54** |

The Certificate of Indebtedness, attached as **Exhibit C**, shows the total amount due and owing on the account. The principal balance and interest balance shown on the Certificate of Indebtedness is correct as of the date of the Certificate of Indebtedness. Prejudgment interest accrues at the rate of 9.625% per annum.  The interest accrues at $8.92 per day.

WHEREFORE, the United States of America prays for judgment:

 a. For judgment in favor of the United States of America and against Defendant Keisha Sweeney for the sum of $49,131.54, plus statutory that continues to accrue from October 31, 2025;

 b. An amount equal to the filing fee prescribed in 28 U.S.C. §1914 (a) pursuant to 28 U.S.C. §2412 (a) (2);

 c. Any additional attorney's fees and costs incurred in this action; and

 d. For such other relief as the Court deems just and proper

4

Date: March 26, 2026

Respectfully submitted,

*/s/ Thomas L. Sooy, Esq.*

Thomas L. Sooy, Esq. (0087865)
The Law Offices of Robert A. Schuerger Co., LPA
Private Counsel, United States Department of Justice
1001 Kingsmill Parkway
Columbus, OH 43229
PH: 614-674-6902
Thomas.sooy@usdoj.gov
efiling@schuergerlaw.com
*Attorney for Plaintiff*